HORACE N. COLBATH, Defendant in Error, *vs.* CORNELIUS F. BUCK, Plaintiff in Error.

APPEAL FROM THE DISTRICT COURT OF HENNEPIN COUNTY.

*By the Court*—ATWATER, J.—The facts in this case are the same as in the case in 7 *Minn.*, *p.* 310, in which the parties are the same, and in which an opinion has been filed. The same disposition must be made of it, and the judgment of the Court below is affirmed.